IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BABY WEST                                                                    PLAINTIFF

v.                                        Case No. 2:11-CV-02119

GRAPHIC PACKAGING
INTERNATIONAL, INC.                                                          DEFENDANT

## ORDER

Plaintiff Baby West has filed an Amended Complaint (Doc. 10) without obtaining Defendant's written consent or seeking the Court's leave to amend as required by Fed. R. Civ. P. 15 (a)(2). The Amended Complaint is therefore not permitted, and the Clerk is directed to void the Amended Complaint from the docket. Plaintiff is directed to file a motion for leave to amend her Complaint, and thereafter Defendant will be permitted the opportunity to respond to the motion.

IT IS SO ORDERED this 23rd day of February, 2012.

*/s/ P. K. Holmes, III*

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE